ceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

No. 2638. COLÓN, APPELLEE, *v.* HEIRS OF PÉREZ, APPELLANTS.—First District Court of San Juan. Memorandum of costs. Motion by appellee for dismissal. Decided January 19, 1922. *Dismissed.*

No. 1846. PEOPLE, APPELLEE, *v.* RAMOS, APPELLANT.—Second District Court of San Juan. Aggravated assault and battery. Decided January 20, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Modified and affirmed.*

No. 1852. PEOPLE, APPELLEE, *v.* RÍOS, APPELLANT. — District Court of Aguadilla. Violation of section 10 of Automobiles Regulations. Decided January 23, 1922. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

No. 336. VERGNE ET AL., PETITIONERS, *v.* DÍAZ CINTRÓN, DISTRICT JUDGE OF GUAYAMA, RESPONDENT.—Certiorari. Decided January 24, 1922, on the grounds of the opinion in *Alvarez et al.* v. *López Acosta, District Judge,* January 24, 1922. *Writ discharged.*

No. 2641. ROSARIO, APPELLANT, *v.* VEGA, APPELLEE.—District Court of Guayama. Motion by appellee for dismissal. Decided January 24, 1922. *Dismissed.*

No. 1848. PEOPLE, APPELLEE, *v.* PÉREZ, APPELLANT.—Second District Court of San Juan. Violation of section 162 of the Penal Code. Decided January 26, 1922. When the questions raised refer to the evidence, which was contradictory, and it is not shown that the court below acted with passion, prejudice or partiality or committed manifest reror, the judgment will not be reversed. *Affirmed.*

No. 344. SIMONPIETRI ET AL., PETITIONERS, *v.* RODRÍGUEZ SERRA, DISTRICT JUDGE. Second District Court of San Juan.—Certiorari. Decided January 27, 1922. The petition did not